RECEIVED
MAY 21 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 11-cr-152 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| JUAN CARLOS CURIEL | MAGISTRATE JUDGE HANNA |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, **and noting the absence of any objections thereto filed with this Court**, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the District Court accepts the guilty plea of the defendant, Juan Carlos Curiel, and adjudges him guilty of the offenses charged in **Count 1** of the indictment against him.

**THUS DONE AND SIGNED** in chambers, this 15th day of MAY, 2012, in Shreveport, Louisiana.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE